# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D23-0959
LT Case No. 2014-102676-CFDL
_____

WILLIE JAMES JONES,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.
_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Willie James Jones, Doral, for Petitioner.

Ashley Moody, Attorney General Tallahassee, and Rebecca Rock McGuigan, Assistant Attorney General, Daytona Beach, for Respondent.

December 21, 2023

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the April 12, 2022 order summarily denying defendant's motion for postconviction relief, rendered in Case No. 2014-102676-CFDL, in the Circuit Court in and for Volusia County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

JAY, HARRIS, and PRATT, JJ., concur.

––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––